## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00895-WYD

UNITED STATES OF AMERICA,

    Petitioner,

v.

DUNCAN GOEDDE,

    Respondent.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

THIS MATTER comes before the Court on Petitioner's Notice of Voluntary Dismissal of Case [ECF No. 7], filed June 28, 2012.  After a review of the Notice and the file, it is hereby

ORDERED that this case is dismissed without prejudice.  It is

FURTHER ORDERED that the Show Cause Hearing set for Monday, July 2, 2012, at 2:30 p.m, is hereby **VACATED.**

Dated:   June 28, 2012.

                BY THE COURT:


                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE